UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 20776
    JOE C JACKSON
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR


            Debtor
    SSN XXX-XX-2950


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 08/08/08 and confirmed on 10/24/08.

    2.   The case was dismissed after confirmation, 01/30/2009.

    3.   The Debtor paid a total of $   9900.00 .

    4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | 2340.40 | .00 | 2340.40 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 15615.55 | .00 | .00 |
| FIRST MIDWEST BANK NA | SECURED | 32480.32 | .00 | 3104.64 |
| FIRST MIDWEST BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 3549.75 | .00 | 3549.75 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 33747.06 | .00 | .00 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | UNSECURED | NOT FILED | .00 | .00 |
| AASTRO TITLE LENDERS LLC | SECURED VEHIC | 380.52 | .00 | 380.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |

            Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 88113.60 | .00 | .00 | .00 | 88113.60 |
| PRINCIPAL PAID | 9375.31 | .00 | .00 | .00 | 9375.31 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 9375.31 | .00 | .00 | .00 | 9375.31 |

The Debtor's attorney, TIMOTHY K LIOU                    , was allowed $        .00
and was paid $       .00 .

The Trustee received $     524.69 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 03/13/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE  2
        CASE NO. 08 B 20776 JOE C JACKSON